

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MLM:JHK/BWB                          *271 Cadman Plaza East*
F.#2006R00688                        *Brooklyn, New York  11201*


April 17, 2008

**By Hand Delivery**

Andrew Carter, Esq.
Federal Defenders of New York, Inc.
Eastern District of New York
16 Court Street, 3rd Floor
Brooklyn, New York 11201

Re:  United States v. Russell Defreitas et al.
     Criminal Docket No. 07-543 (DLI)

Dear Mr. Carter:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and subject to the provisions set forth in the Stipulation and Order signed by the parties and ordered by the Court on August 2, 2007, the government herein furnishes supplemental discovery.  In addition, the government reiterates its request for reciprocal discovery.

1.    Statements of the Defendant

The government is in possession of the following consensually recorded conversations involving the defendant and/or his co-conspirators:

| Ref. Number | Date | Participant(s) |
|---|---|---|
| ID 16, S1 | 8/16/06 | Coconspirators/Other Individuals |
| ID 16, S2 | 8/16/06 | Coconspirators/Other Individuals |
| ID 16, S3 | 8/16/06 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 16, S4 | 8/16/06 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 16, S5 | 8/17/06 | Coconspirators/Other Individuals |
| ID 16, S6 | 8/19/06 | Coconspirators/Other Individuals |
| ID 16, S7 | 8/19/06 | Coconspirators/Other Individuals |

2

```
ID 16, S8        8/19/06    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 18, S1        9/07/06    Coconspirators/Other Individuals

ID 18, S2        9/09/06    Coconspirators/Other Individuals

ID 18, S5        9/10/06    Coconspirators/Other Individuals

ID 19, S1        9/11/07    Coconspirators/Other Individuals

ID 19, S2        9/11/07    Coconspirators/Other Individuals

ID 19, S3        9/12/07    Coconspirators/Other Individuals

ID 19, S5        9/13/07    Coconspirators/Other Individuals

ID 34, S1        1/04/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 34, S2        1/04/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 34, S3        1/04/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 34, S4        1/04/07    Russell Defreitas,
                            Coonspirators/Other Individuals

ID 34, S5        1/04/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 35, S1        1/05/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 35, S2        1/05/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 35, S3        1/05/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 35, S4        1/05/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 35, S5        1/05/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 35, S6        1/06/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 35, S7        1/07/07    Russell Defreitas,
                            Coconspirators/Other Individuals
```

3

| | | |
|---|---|---|
| ID 35, S8 | 1/06/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 35, S9 | 1/06/07 | Unknown |
| ID 35, S10 | 1/06/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 35, S11 | 1/06/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 35, S12 | 1/06/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 35, S13 | 1/06/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 35, S14 | 1/07/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 35, S15 | 1/07/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 35, S16 | 1/07/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 35, S17 | 1/07/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 35, S18 | 1/07/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 36, S1 | 1/05/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 36, S2 | 1/05/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 36, S3 | 1/05/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 36, S4 | 1/05/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 36, S5 | 1/06/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 36, S6 pt 1 | 1/06/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 36, S6 pt 2 | 1/06/07 | Russell Defreitas, Coconspirators/Other Individuals |

4

| ID 36, S7 | 1/06/07 | Coconspirators/Other Individuals |
|---|---|---|
| ID 36, S8 | 1/07/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 37, S1 | 1/05/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 37, S2 | 1/05/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 37, S3 | 1/05/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 37, S4 | 1/05/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 37, S5 | 1/05/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 37, S6 | 1/06/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 37, S7 | 1/06/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 37, S8 | 1/06/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 37, S9 | 1/06/07 | Unknown |
| ID 37, S10 | 1/06/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 37, S11 | 1/06/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 37, S12 | 1/06/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 37, S13 | 1/06/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 37, S14 | 1/07/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 37, S15 | 1/07/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 37, S16 | 1/07/07 | Russell Defreitas, Coconspirators/Other Individuals |

```
ID 37, S17      1/07/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 37, S18      1/07/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 37, S19      1/07/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 38, S1       1/08/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 38, S2       1/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 38, S3       1/09/07    Coconspirators/Other Individuals

ID 38, S4       1/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 39, S1       1/08/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 39, S2       1/08/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 39, S3       1/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 39, S4       1/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 39, S5       1/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 39, S6       1/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 39, S7       1/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 39, S8       1/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 39, S9       1/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 40, S1       1/08/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 40, S2       1/08/07    Russell Defreitas,
                           Coconspirators/Other Individuals
```

6

```
ID 40, S3       1/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 40, S4       1/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 40, S5       1/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 40, S6       1/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 40, S7       1/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 40, S8       1/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 40, S9       1/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 40, S10      1/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 40, S11      1/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 40, S12      1/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 41, S1       1/10/07    Russell Defreitas

ID 41, S2       1/10/07    Russell Defreitas

ID 41, S3       1/10/07    Russell Defreitas

ID 41, S4       1/10/07    Russell Defreitas

ID 41, S5       1/10/07    Russell Defreitas

ID 42, S1       1/10/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 42, S2       1/10/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 43, S1       1/10/07    Russell Defreitas

ID 43, S2       1/10/07    Russell Defreitas

ID 43, S3       1/10/07    Russell Defreitas

ID 43, S4       1/10/07    Russell Defreitas
```

7

| | | |
|---|---|---|
| ID 43, S5 | 1/10/07 | Russell Defreitas |
| ID 44, S1 | 1/11/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 44, S2 | 1/11/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 44, S3 | 1/11/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 44, S4 | 1/11/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 44, S5 | 1/11/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 45, S1 | 1/11/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 45, S2 | 1/11/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 46, S1 | 1/11/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 46, S2 | 1/11/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 46, S3 | 1/11/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 46, S4 | 1/11/07 | Unknown |
| ID 46, S5 | 1/11/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 46, S6 | 1/11/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 47, S1 | 1/12/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 48, S1 | 1/13/07 | Coconspirators/Other Individuals |
| ID 48, S2 | 1/13/07 | Coconspirators/Other Individuals |
| ID 48, S3 | 1/13/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 49, S1 | 1/12/07 | Russell Defreitas, Coconspirators/Other Individuals |

8

```
ID 49, S2        1/12/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 49, S3        1/12/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 49, S4        1/12/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 50, S1        1/12/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 50, S2        1/12/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 50, S3        1/12/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 50, S4        1/12/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 51, S1        1/15/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 51, S2        1/14/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 51, S3        1/14/07     Coconspirators/Other Individuals

ID 52, S1        1/27/07     Coconspirators/Other Individuals

ID 52, S2        2/02/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 52, S3        2/02/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 52, S4        2/02/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 52, S5        2/02/07     Coconspirators/Other Individuals

ID 52, S6        2/02/07     Coconspirators/Other Individuals

ID 54, S1        2/21/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 54, S2        2/21/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 54, S3        2/21/07     Russell Defreitas,
                             Coconspirators/Other Individuals
```

9

| ID 56, S1 | 2/20/07 | Russell Defreitas, Coconspirators/Other Individuals |
|---|---|---|
| ID 56, S2 | unknown date | Coconspirators/Other Individuals |
| ID 58, S1a | unknown date | Coconspirators/Other Individuals |
| ID 58, S2a | 2/23/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 58, S2b | 2/22/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 58, S2c | unknown date | Coconspirators/Other Individuals |
| ID 59, S1 | 3/05/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 59, S2 | 3/05/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 60, S1 | 3/05/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 60, S2 | 3/06/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 60, S3 | 3/07/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 60, S4 | 3/07/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 60, S5 | 3/07/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 60, S6 | 3/07/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 60, S7 | 3/08/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 60, S8 | 3/08/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 60, S9 | 3/08/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 62, S1 | 3/08/07 | Russell Defreitas, Coconspirators/Other Individuals |

10

```
ID 62, S2        3/12/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 62, S3        3/12/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 62, S4        3/15/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 62, S5        3/16/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 62, S6        3/18/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 62, S7        3/18/07     Coconspirators/Other Individuals

ID 62, S8        3/19/07     Coconspirators/Other Individuals

ID 62, S9        3/19/07     Coconspirators/Other Individuals

ID 62, S10       3/19/07     Coconspirators/Other Individuals

ID 62, S11       3/19/07     Coconspirators/Other Individuals

ID 62, S12       3/19/07     Coconspirators/Other Individuals

ID 62, S13       3/19/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 62, S14       3/19/07     Coconspirators/Other Individuals

ID 62, S15       3/19/07     Coconspirators/Other Individuals

ID 62, S16       3/19/07     Coconspirators/Other Individuals

ID 63, S1        3/09/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 63, S2        3/09/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 63, S3        3/09/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 63, S4        3/09/07     Russell Defreitas,
                             Coconspirators/Other Individuals

ID 63, S7        3/11/07     Coconspirators/Other Individuals

ID 63, S8        3/12/07     Coconspirators/Other Individuals

ID 63, S9        3/13/07     Russell Defreitas,
                             Coconspirators/Other Individuals
```

```
ID 63, S10      3/14/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 63, S11      3/14/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 63, S12      3/14/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 63, S13      3/14/07    Coconspirators/Other Individuals

ID 63, S14      3/15/07    Coconspirators/Other Individuals

ID 63, S15      3/15/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 63, S17      3/16/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 63, S18      3/16/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 63, S19      3/16/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 63, S20      3/20/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 64, S1       3/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 64, S2       3/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 64, S3       3/09/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 65, S1       3/23/07    Coconspirators/Other Individuals

ID 65, S2       3/23/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 65, S4       3/27/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 65, S5       3/27/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 65, S6       3/27/07    Russell Defreitas,
                           Coconspirators/Other Individuals

ID 65, S7       3/27/07    Russell Defreitas,
                           Coconspirators/Other Individuals
```

12

| ID 65, S8 | 3/27/07 | Russell Defreitas, Coconspirators/Other Individuals |
|---|---|---|
| ID 65, S10 | 4/01/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 66, S1 | 3/23/07 | Coconspirators/Other Individuals |
| ID 66, S2 | 3/23/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 66, S4 | 3/27/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 66, S5 | 3/27/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 66, S6 | 3/27/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 66, S7 | 3/27/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 66, S9 | 4/01/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 66, S10 | 4/02/07 | Coconspirators/Other Individuals |
| ID 66, S11 | 4/02/07 | Coconspirators/Other Individuals |
| ID 66, S12 | 4/02/07 | Coconspirators/Other Individuals |
| ID 66, S13 | 4/02/07 | Coconspirators/Other Individuals |
| ID 66, S14 | 4/02/07 | Coconspirators/Other Individuals |
| ID 66, S15 | 4/02/07 | Coconspirators/Other Individuals |
| ID 67, S1 | 3/05/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 67, S2 | 3/06/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 67, S3 | 3/07/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 67, S4 | 3/07/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 67, S5 | 3/07/07 | Russell Defreitas, Coconspirators/Other Individuals |

13

```
ID 67, S6        3/07/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 67, S7        3/08/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 67, S8        3/08/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 67, S9        3/08/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 68, S1        3/22/07    Coconspirators/Other Individuals

ID 68, S2        3/26/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 68, S3        4/06/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 69, S2        4/05/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 69, S4        4/06/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 69, S5        4/06/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 69, S6        4/06/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 69, S7        4/07/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 69, S8        4/07/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 69, S9        4/07/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 70, S2        4/05/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 70, S4        4/06/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 70, S5        4/06/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 70, S6        4/06/07    Russell Defreitas,
                            Coconspirators/Other Individuals
```

14

```
ID 70, S7        4/07/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 70, S8        4/07/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 70, S9        4/07/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 71, S1        4/11/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 71, S2        4/11/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 71, S3        4/11/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 71, S4        4/11/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 71, S5        4/12/07    Coconspirators/Other Individuals

ID 71, S6        4/13/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 71, S7        4/13/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 71, S8        4/13/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 71, S9        4/13/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 71, S10       4/14/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 71, S11       4/14/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 71, S12       4/14/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 72, S1        4/11/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 72, S2        4/11/07    Russell Defreitas,
                            Coconspirators/Other Individuals

ID 72, S3        4/11/07    Russell Defreitas,
                            Coconspirators/Other Individuals
```

15

| ID 72, S4 | 4/11/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 72, S5 | 4/12/07 | Coconspirators/Other Individuals |
| ID 72, S6 | 4/13/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 72, S7 | 4/13/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 72, S8 | 4/13/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 72, S9 | 4/13/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 72, S10 | 4/13/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 72, S12 | 4/14/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 72, S13 | 4/14/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 73, S1 | 4/11/07 | Coconspirators/Other Individuals |
| ID 73, S2 | 4/11/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 73, S3 | 4/11/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 73, S4 | 4/12/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 73, S5 | 4/13/07 | Coconspirators/Other Individuals |
| ID 73, S6 | 4/13/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 73, S7 | 4/13/07 | Coconspirators/Other Individuals |
| ID 73, S8 | 4/13/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 73, S9 | 4/14/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 73, S10 | 4/14/07 | Russell Defreitas, Coconspirators/Other Individuals |

16

| ID 73, S11 | 4/15/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 74, S1 | 5/02/07 | Coconspirators/Other Individuals |
| ID 75, S1 | 4/21/07 | Coconspirators/Other Individuals |
| ID 75, S2 | 4/22/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 75, S3 | 4/22/07 | Coconspirators/Other Individuals |
| ID 75, S4 | 4/23/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 75, S5 | 4/23/07 | Coconspirators/Other Individuals |
| ID 75, S6 | 4/23/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 75, S7 | 4/25/07 | Coconspirators/Other Individuals |
| ID 75, S8 | 4/25/07 | Coconspirators/Other Individuals |
| ID 75, S9 | 4/25/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 75, S10 | 4/25/07 | Coconspirators/Other Individuals |
| ID 75, S11 | 4/26/07 | Coconspirators/Other Individuals |
| ID 75, S12 | 4/26/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 75, S14 | 4/26/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 83, S1 | 5/27/07 | Russell Defreitas, Coconspirators/Other Individuals |
| ID 83, S2 | 5/29/07 | Coconspirators/Other Individuals |
| ID 83, S3 | 5/29/07 | Russell Defreitas, Coconspirators/Other Individuals |

You may obtain a copy of these recordings by contacting David Grant, Dupe Coop, 229 West 26th Street, Suite 1C, New York, NY 10001 Tel: (212) 989-9341.  Please reference the case caption: United States v. Russell Defreitas et al., 07-CR-543 (DLI).

2.    Documents and Tangible Objects

17

Enclosed please find: (a) a search warrant and an affidavit in support of an application for the search warrant, Bates-numbered RD-225 through RD-236; (b) documents and objects seized during the execution of the search warrant, Bates-numbered RD-237 through RD-436; and (c) Social Security records, Bates-numbered RD-437 through RD-620.

Additionally, please find certain documents previously disclosed on January 23, 2008. These documents were not numbered and in order to avoid confusion, the government is now redisclosing these same documents with Bates-numbers. These documents include three affirmations and three orders authorizing consensual monitoring of a wireless telephone, Bates-numbered RD-621 through RD-668 and records relating to the defendant's employment, Bates-numbered RD-669 through RD-681.

3.    <u>Brady Material and Items Material to the Defense</u>

Enclosed please find two pages of information that may be material to a defense, Bates-numbered RD-682 and RD-683.

4.    <u>Reciprocal Discovery</u>

In addition, pursuant to Rule 16(b), the government hereby reiterates its request for reciprocal discovery, as set forth in full in the government's August 3, 2007 discovery letter.

If you have any questions or further requests, please do not hesitate to contact us.

Very truly yours,

BENTON J. CAMPBELL
United States Attorney


By:    _____/s/_____
Marshall L. Miller
Jeffrey H. Knox
Berit W. Berger
Assistant U.S. Attorneys
(718) 254-6421/7581/6134

Enclosures

cc:  Clerk of the Court (DLI) (w/o enclosures) (via ECF)

18