# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brookyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

May 20, 2010

The Honorable Dora l. Irizarry
U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

    Re:    <u>United States v. Russell Defreitas, et al., 07-CR-543 (DLI)</u>

Your Honor:

At yesterday's status conference we forgot to request that Mr. Todd Trabosci and Ms. Mikiko Thelwell be added to the names of the defense team in the juror questionnaire at question 76.(h).

Mr. Trabosci is a computer specialist in our office and Ms. Thelwell is a paralegal. Although they will not be assisting at trial daily, they may assist from time to time, and we believe it would be helpful to know if any potential jurors know them.

Respectfully submitted,

Mildred M. Whalen
Staff Attorney
(718) 330-1290

cc:    All prosecution counsel via ECF
All defense counsel via ECF
ECF