**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

MLM:JAJ:BWB:ZA                    *271 Cadman Plaza East*
*Brooklyn, New York  11201*

June 20, 2010

**BY FACSIMILE AND ECF**

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:  United States v. Russell Defreitas, et al.
           Criminal Docket No. 07-543 (DLI)

Dear Judge Irizarry:

      Below please find a list of venire members whom the parties have not agreed to strike, identifying the questions for each that the government believes require further inquiry.

| Juror | Questions from questionnaire requiring follow-up |
|-------|--------------------------------------------------|
| 181 | **15** (inquire into who had firearms/explosives, engineering and aircraft education) <br> **21** (inquire what the juror meant by "money talks" in explaining why Islam endorses violence) <br> **26** (inquire regarding why the juror believes that certain nationalities should be treated differently) <br> **78** (inquire as to why religion will prevent the juror from evaluating the testimony of a law enforcement officer fairly and impartially) |
| 183 | **18** (inquire into the nature of the juror's responsibilities as an associate minister in church) <br> **46** (inquire regarding the most important issue at the local level - why "police protection?") <br> **50** (inquire about the car accident and the juror's testimony in that regard) <br> **55** (inquire regarding who worked as a legal assistant and whether that experience will impact ability to be fair) <br> **86** (the juror answered "yes" - was this a mistake?) |

| Juror | Questions from questionnaire requiring follow-up |
|---|---|
| 185 | **H1/7 & 16** (the juror works nights and sleeps days – inquire as to whether he will be able to serve and stay awake)<br>**20** (inquire as to whether, given the juror's comment about what he sees on TV, he can be fair and impartial)<br>**22** (inquire regarding the juror's comment that, because he travels in and out of JFK, he may not be fair)<br>**72** (inquire regarding the juror's statement that he does not know whether he has any feelings about these categories of individuals) |
| 188 | **H5/6** (inquire regarding the juror's health concerns, and whether accommodations could be made)<br>**22** (inquire regarding the confusing answer about the evidence and proof)<br>**89** (instruct the juror regarding the presumption of innocence and inquire regarding whether the juror has formed an opinion on the guilt or innocence of the defendants) |
| 190 | **H1** (the juror works on commission – will he be able to support himself if he does not work?)<br>**78(b)** (inquire regarding the juror's answer here, which may be a mistake) |
| 192 | **H1** (inquire as to whether the juror's employer will pay for jury service)<br>**21** (inquire further into whether the juror will be able to be fair and impartial)<br>**25 & 93** (inquire into whether the juror's religious views will make it difficult to sit in judgment of others)<br>**27** (inquire into the juror's views on race/ethnicity)<br>**76 & 89** (inquire regarding the juror's view that "the judge said 'we have no evidence,' they may not be guilty")<br>**80** (inquire regarding the juror's statement that it would be difficult for her to consider the evidence fairly) |
| 194 | **76** (instruct the juror regarding the presumption of innocence)<br>**82/83** (the juror did not answer these questions) |

| | |
|---|---|
| 195 | **77** (inquire regarding the juror's answer that "the police got the credit when it should have gone to someone else") |
| 198 | **H1/3** (inquire whether the juror's health problems will prevent her from serving) |
| 199 | **78(b)** (inquire whether this answer was a mistake) <br> **81(b)** (inquire whether juror can follow law that defendants have no burden of proof) |
| 200 | **67** (inquire regarding the juror's answer to this question, which is confusing) <br> **75(a)** (inquire whether the juror can be fair and impartial, given her answer to this question and her ties to Guyana) <br> **86** (inquire whether this answer was a mistake) |
| 202 | No follow-up questions. |
| 204 | **H1** (the juror answered "yes" without explanation) <br> **47** (inquire whether the case settled or mistrial) <br> **87** (inquire whether the juror can be a fair and impartial juror, particularly in light of the written comment on proof) |
| 206 | **H7** (inquire regarding the July meeting) <br> **22** (inquire regarding the juror's statement that this case "hits home" for her) <br> **89** (instruct the juror regarding the presumption of innocence and inquire whether juror can follow law and serve as a fair and impartial juror) |
| 208 | **48** (inquire further regarding the juror's experience as a victim or a witness in an attempted murder case) <br> **78(b)** (inquire whether this answer was a mistake) |

| | |
|---|---|
| 209 | **H1** (inquire whether his company will pay for jury service and what type of financial hardship that would pose)<br>**H7** (inquire about why juror would be "nervous" sitting on this kind of case and whether that would affect his ability to be fair)<br>**21** (inquire whether juror's belief that there are too many terrorist incidents associated with Islam will affect his ability to be fair)<br>**27** (inquire whether his views on "some Muslims" will affect his ability to be fair)<br>**55** (inquire as to where his family member of friend was a court officer and whether that would affect his ability to be fair)<br>**81** (instruct the juror on the law that defendants have no burden of proof and inquire whether juror can follow law) |
| 210 | **H3** (inquire about the extent of the juror's hearing problems)<br>**21** (inquire about the juror's statement that "all terrorists are Muslims" and ask whether he can be a fair and impartial juror in this trial)<br>**59** (inquire about the status of his son's application to the DEA)<br>**61** (inquire about who the juror knew from the FDNY that was killed or injured during 9/11)<br>**76** (juror left this question blank)<br>**78(b)** (juror left this question blank) |
| 212 | Strike for cause |
| 213 | **2** (inquire whether juror could be fair in a case involving defendants from Guyana)<br>**15** (inquire about her niece's involvement in criminal law)<br>**55, 56** (inquire about her friend or family member's work as a law clerk and for a criminal defense attorney)<br>**79** (inquire about the juror's views on cooperating witnesses and whether the juror would be willing to consider their testimony)<br>**87** (inquire about the juror's response - she may have misunderstood the question) |
| 214 | **21** (inquire about the juror's response and whether he can put aside his views of Islam and be fair) |

| 215 | **H1, H7** (inquire whether juror is still caring for her infant full-time or whether she has returned to work)<br>**15, 59** (inquire where her brother is a police officer and whether that would affect her ability to be fair)<br>**76** (inquire what juror meant by "safety" and whether she could put any prior opinions about the case out of her mind and be fair and impartial) |
| --- | --- |
| 216 | **H7** (inquire about the nature of juror's work-related hardship)<br>**15, 55** (inquire what type of law juror's daughter practices)<br>**20, 48(c), 61** (instruct that this case has no factual relationship to 9/11 and inquire whether juror can be fair and impartial in a terrorism case that is factually distinct from 9/11)<br>**25** (confirm that juror can follow rule of law)<br>**49** (inquire about the nature of drug charges against father and mother-in law)<br>**77(b)** (instruct that this case has no factual relationship to the Times Square case, inquire whether juror can be fair and impartial in a terrorism case that is factually distinct from the Times Square case)<br>**95, 96** (inquire whether juror can follow Court's instructions about avoiding media reports about the case)<br>**98** (inquire about the juror's ability not to be influenced by friends and family) |
| 219 | Strike for cause |
| 220 | **H7** (inform juror that trial is not likely to extend into September)<br>**16** (inquire whether juror's past employment at JFK would affect his ability to be fair)<br>**61, 63** (instruct that this case has no factual relationship to 9/11 and inquire whether juror can be fair and impartial in a terrorism case that is factually distinct from 9/11)<br>**87** (instruct about law regarding burden of proof and inquire whether juror can be fair)<br>**93** (instruct juror that he will not be required to decide punishment of the defendants and inquire whether he can be fair) |

| 224 | **H7** (inquire whether juror will be paid during jury service and, if not, whether that will present a financial hardship)<br>**15** (inquire whether juror can put aside her knowledge of the law and only follow Court's instructions)<br>**48** (inquire whether juror's experience as a victim of sexual assault would affect her ability to be fair. Inquire about juror's response in 48(b) that "human beings can cause [the justice system] not to be [fair]")<br>**51** (inquire who questioned the juror in connection with the EEOC investigation) |
|---|---|
| 227 | **H6** (inquire whether juror's diabetes could be accommodated during trial)<br>**61** (instruct that this case has no factual relationship to 9/11 and inquire whether juror can be fair and impartial in a terrorism case that is factually distinct from 9/11)<br>**66** (inquire what the juror has heard or read about the JTTF) |
| 230 | **60** (inquire about the juror's opinion that law enforcement officers "don't always follow the law" - is this based on personal experience?)<br>**81(b)** (instruct juror on burden of proof and presumption of innocence and inquire whether juror can be fair)<br>**87** (inquire regarding juror's response that it would be an "unfair verdict") |
| 231 | **2, 70** (inquire whether juror could be fair in a case involving defendants from Guyana)<br>**16** (inquire whether friend working at JFK would affect juror's ability to be fair)<br>**77(a)** (inquire regarding juror's response that "JFK is in danger" in response to question about Times Square) |

| 233 | **H1, H7** (inquire further regarding work-related hardship)<br>**16** (inquire whether cousin's work at JFK would affect juror's ability to be fair)<br>**47** (inquire why juror had a negative experience during her service on a criminal jury)<br>**55, 57, 59** (inquire where her cousin is a court officer)<br>**61, 63** (instruct that this case has no factual relationship to 9/11 and inquire whether juror can be fair and impartial in a terrorism case that is factually distinct from 9/11)<br>**73(g)** (inquire how juror knows John Darino)<br>**76, 77(b), 89** (instruct juror regarding burden of proof and that an indictment is not evidence and inquire whether juror can put aside her opinions and follow the law)<br>**89** (inquire whether juror can follow rule of law that non-citizens are entitled to same rights as citizens)<br>**96, 97** (inquire whether juror can follow Court's instruction to avoid reading about or discussing the case) |
|---|---|
| 235 | **2, 70, 75** (inquire whether juror could be fair in a case involving defendants from Guyana)<br>**61** (instruct that this case has no factual relationship to 9/11 and inquire whether juror can be fair and impartial in a terrorism case that is factually distinct from 9/11) |
| 236 | Consent to strike for breach of anonymity |

| 237 | **H1** (vacation from June 19-26, bring in for questioning on June 28 or later)<br>**H3** (inquire re ability to sit)<br>**16** (inquire re wife's work as airline employee, ability to be fair and impartial)<br>**20** (inquire re service with NYC Fire Dept on 9/11, ability to be fair and impartial)<br>**25** (inquire whether juror can follow law that defendants charged with terrorism offenses are entitled to fair jury trial)<br>**50(a)/75(a)/82/83** (inquire re response that "they were wrong")<br>**61** (inquire re NYC Fire Dept. friends who died at 9/11, ability to be fair and impartial)<br>**66** (inquire re knowledge of JTTF, ability to be fair and impartial)<br>**96(a)** (inquire re whether juror would inform Court if exposed to media coverage) |
|-----|---|
| 239 | **11** (inquire re background in security, ability to set aside and judge evidence fairly and impartially)<br>**15/55-58** (inquire re mother's background in law, father's background in law enforcement, friends' background in engineering & aircraft, family background in mass transit)<br>**53** (inquire re search of friend's home, treatment of friend, reaction to search, ability to be fair and impartial)<br>**54** (inquire re friend's conviction, treatment of friend, juror's reaction to conviction, ability to be fair and impartial) |

| 241 | **H7** (inquire re unexplained financial hardship)<br>**16** (inquire re uncle's work at Delta Airlines, knowledge of work, ability to be fair and impartial)<br>**62** (inquire re friend's father's service after 9/11, ability to set aside and be fair and impartial)<br>**76** (inquire re opinion, ability to be fair and impartial)<br>**78** (inquire re ability to follow Court's instruction re evaluation of law enforcement testimony)<br>**81(b)** (inquire whether juror can put aside feeling and follow the law on presumption of innocence and burden of proof)<br>**89(a)-(b)**(inquire re opinion, ability to be fair and impartial)<br>**94** (inquire re ability to set aside bias/prejudice, be fair and impartial)<br>**98(a)** (inquire re ability to set aside pressure from friends or family) |
|-----|---|
| 242 | **H7** (inquire re apprehensions about terrorism and jury service)<br>**16** (inquire re friend's work as flight attendant, knowledge of work, ability to be fair and impartial)<br>**20(b)/21** (inquire re ability to set aside 9/11, impressions of Islam and be fair and impartial)<br>**25** (inquire whether juror can follow law that defendants charged with terrorism offenses are entitled to fair jury trial)<br>**26** (inquire re view of treatment of groups that pose threat, ability to be fair and impartial)<br>**55/56/59** (inquire re sister's job as court clerk, friend's job as attorney, friend's job as officer)<br>**61** (instruct that this case has no factual relationship to 9/11, inquire whether juror can be fair and impartial in a terrorism case that is factually distinct from 9/11)<br>**76** (inquire re ability to be fair and impartial)<br>**77(b)** (instruct that this case has no factual relationship to the Times Square case, inquire re ability to keep an open mind and be fair and impartial) |
| 246 | **H7** (inquire re whether hardship is moot b/c of timing)<br>**48-50** (inquire re DUI conviction, reaction to treatment by law enforcement, court and lawyers, ability to be fair and impartial)<br>**55-56** (inquire re cousin's employment, ability to set aside and be fair and impartial) |

9

| 248 | **H1/H3/H7** (inquire re financial hardship, back and kidney problems)<br>**13/15** (inquire re son's service in military, "navy cop" training, ability to set aside and be fair and impartial)<br>**20(b)** (inquire re thoughts on Muslim religion, ability to be fair and impartial)<br>**25** (inquire whether juror can follow law that defendants charged with terrorism offenses are entitled to fair jury trial)<br>**48** (inquire re circumstances of robbery, view of law enforcement, ability to be fair and impartial)<br>**49/51** (inquire re son's DWI conviction, search of car treatment by law enforcement, court and lawyers, ability to be fair and impartial)<br>**60(a)** (inquire re views on law enforcement, ability to be fair and impartial)<br>**69** (inquire re visit to Lebanon, family in Lebanon)<br>**77** (instruct that this case has no factual relationship to the Times Square case, inquire re ability to keep an open mind and be fair and impartial)<br>**78** (instruct re treatment of law enforcement testimony, inquire whether juror can follow instructions)<br>**79** (inquire whether juror can fairly assess testimony of cooperating witness)<br>**81(b)** (inquire whether juror can put aside feeling and follow the law on presumption of innocence and burden of proof)<br>**85** (inquire re ability to follow instruction that indictment is not evidence)<br>**96** (instruct re media, importance of relying solely on evidence in court, inquire re ability to follow) |
|-----|---|
| 252 | **H1/H3/H5** (inquire re back problem, whether accommodation can be identified)<br>**10** (inquire re employment with federal govt, ability to be fair and impartial)<br>**13** (inquire re military service, ability to be fair and impartial)<br>**23** (inquire re children's current service in military, ability to be fair and impartial)<br>**50** (inquire re memory)<br>**67** (inquire re ability to set aside what juror learned from media, be fair and impartial) |

| | |
|---|---|
| 254 | **47** (inquire re jury service, federal or state, explain why didn't reach verdict (plea/settlement, hung jury)) <br> **60** (inquire re opinions of law enforcement officers, prosecutors, defense attys) |
| 255 | **H4/7** (inquire re diabetes, treatment, ability to accomodate) <br> **20** (inquire re views on Islam and ability to be fair and impartial) <br> **77** (inquire re view on Times Square case (didn't follow at all, but found "very sad") <br> **78** (inquire re views on law enforcement testimony, whether juror can follow instruction) |
| 256 | **15** (inquire re employment as flight attendant, ability to be fair and impartial) <br> **48** (inquire re views on criminal justice system) |
| 259 | **H1** (inquire re nature of financial hardship) <br> **13** (inquire re friends in military service, ability to be fair and impartial) <br> **15** (inquire re friends in law, ability to set aside and be fair and impartial) <br> **16** (inquire re friend's work at JFK, ability to be fair and impartial) <br> **21** (inquire re view on Islam, ability to be fair and impartial) <br> **62/63** (instruct that this case has no factual relationship to 9/11, inquire whether juror can be fair and impartial in a terrorism case that is factually distinct from 9/11) <br> **76** (inquire re hesitancy to fly, whether that would affect ability to serve as juror) <br> **81(b)** (inquire whether juror can put aside feeling and follow the law on presumption of innocence and burden of proof) <br> **88** (inquire re reaction to aliases and questions re Times Square bombing, ability to be fair and impartial) <br> **89** (inquire re opinion, ability to be fair and impartial) |

| | |
|---|---|
| 261 | **H1/7** (inquire re work hardship, care for grandchild)<br>**H3** (inquire re inability to sit, accommodation)<br>**13** (inquire re son in military)<br>**51** (did not answer question)<br>**53** (did not answer question)<br>**55** (inquire re sister's job in legal field, ability to set aside and be fair and impartial)<br>**81(b)** (inquire whether juror can put aside feeling and follow the law on presumption of innocence and burden of proof) |

| 262 | **H4** (inquire re timing of doctor's visits)<br>**2** (inquire re relationship to/knowledge of Guyana, ability to set aside, be fair and impartial)<br>**4** (did not answer question)<br>**5** (did not answer question)<br>**6** (did not answer question)<br>**10(e)-(f)** (did not answer question)<br>**11** (did not answer question)<br>**15** (checked boxes, but did not elaborate)<br>**18(f)** (did not answer question)<br>**20** (did not answer question)<br>**21** (inquire re ability to set aside views on Islam, be fair and impartial)<br>**22** (appeared not to answer question, wrote "N-A")<br>**25** (inquire whether juror can follow law that defendants charged with terrorism offenses are entitled to fair jury trial)<br>**47** (inquire re jury service, including whether civil or criminal, federal or state, whether verdict reached)<br>**70** (inquire re family member or friends who have visited, live or worked in Guyana – juror checked 'No' but was born and raised in Guyana)<br>**70(a)** (inquire re impressions/opinions re Guyana – juror checked 'No' but was born and raised in Guyana)<br>**73** (inquire re juror's connection to Judge and staff)<br>**77** (inquire re reaction to Times Square case – juror indicated that she followed "very closely" but provided no additional information)<br>**78** (inquire re views on law enforcement testimony, whether juror can follow instruction)<br>**81** (inquire re ability to apply presumption of innocence)<br>**83** (inquire re ability to follow law on burden of proof, Fifth Amendment)<br>**84** (inquire re ability to apply burden of proof)<br>**85** (inquire re ability to follow law on indictment)<br>**88** (inquire re ability to apply presumption of innocence)<br>**89** (inquire re ability to follow law that non-citizens receive same trial rights as citizens)<br>**93** (inquire re ability to follow law on setting aside consideration of punishment)<br>**94** (inquire re ability to follow law on setting aside prejudice and bias)<br>**98(a)** (inquire re ability to set aside pressure from friends or family) |
| --- | --- |

| 263 | **H1** (inquire re circumstances of August vacation)<br>**46** (inquire re national/local issues (legalization of marijuana, crime))<br>**60(a)-(b)** (inquire re opinions of prosecutors and defense attorneys) |
|---|---|
| 267 | **H1/H7** (inquire about dates and circumstances of July weddings she must attend)<br>**61/63** (instruct that 9/11 is factually distinct from this case and inquire about ability to put aside her feelings about the attack and base verdict solely on evidence and law)<br>**81(b)** (instruct re: burden of proof and presumption of innocence and inquire about ability to put aside personal feelings and follow law) |
| 269 | **H7** (inquire about degree to which jury duty will interfere with juror completing his research in time for tenure review)<br>**14/15(a)/69** (inquire about nature of father's work for government, father's work in intelligence, and father's work in Iran)<br>**39** (since juror notes he follows Supreme Court rulings closely, inquire about ability to put aside what he's learned about the law and defer to the Court's legal instructions)<br>**46** (inquire into what juror means by "sprawl")<br>**48** (inquire about nature of crime where juror describes himself as victim and whether that experience would affect his ability to be fair and impartial)<br>**55** (inquire about ability to put aside what he's learned about law from his friends and to avoid discussing this case and the legal principles involved with those friends)<br>**63** (inquire about what juror means when he mentions "the degree in which all NY residents and US residents have been affected in small ways" by terrorism)<br>**89(b)** (instruct re: rules by which grand juries return indictments and inquire about ability to not consider an indictment as evidence)<br>**90** (inquire about "Keith Williams" juror knows) |

| | |
|---|---|
| 272 | **H7** (inquire about plans to be at a convention between June 30 and July 6)<br>**7** (inquire about areas of law which juror studied and ability to put aside personal knowledge about law and defer to Court's legal instructions)<br>**11** (inquire into what type of legal institutions juror interned for)<br>**63** (inquire about experience of train bombing and ability to put aside his feelings about that experience and be fair and impartial) |
| 273 | Move to strike for compromised anonymity: juror lists his full address in question 3(c) |
| 274 | **47(a)** (inquire whether jury didn't reach verdict because case settled or because they hung)<br>**77(c)** (instruct that Times Square incident is factually distinct from this case and inquire about ability to put aside her feelings about that incident and decide this case based only on evidence and law) |
| 277 | **4** (inquire about discrimination juror has experienced and whether that experience would affect ability to be fair and impartial)<br>**10** (inquire about whether working for police would in any way affect ability to be fair and impartial)<br>**48** (inquire about nature and outcome of case against daughter's attacker)<br>**49** (inquire about comment that criminal justice system is "unfair" and whether feelings about the system would affect her ability to be fair and impartial)<br>**50** (inquire about nature of suits juror has brought)<br>**54** (inquire about nature of disputes with HUD)<br>**60** (inquire further about juror's feelings towards law enforcement officers, <u>i.e.</u>, what she meant by "take them or leave them")<br>**78(b)** (inquire about nature of experiences she's had with officers she works with that lead her to say they misinterpret and get facts wrong) |

| | |
|---|---|
| 278 | **H1/H4/H7** (inquire into whether juror indeed needs surgery in July and if so what date surgery is scheduled for and what degree of recovery time will it require_<br>**50** (inquire about nature of small claims court cases juror has been involved in)<br>**61/62/63** (instruct that 9/11 is factually distinct from this case and inquire about ability to set aside feelings about that event and decide case fairly and impartially) |
| 279 | **H1** (inquire about duration of class and whether it will be in session from June 30th onwards)<br>**48(b)** (inquire about opinion that law enforcement needs "to work more for the people rather than the system")<br>**63** (instruct that 9/11 is factually distinct from this case and inquire about ability to put aside feelings about that event and decide case fairly and impartially) |
| 281 | **H7/55(a)/58(a)** (instruct juror that she cannot be fired for jury service and inquire further about nature of hardship))<br>**20** (inquire as to what juror meant by her answer)<br>**27** (inquire about nature of juror's feelings towards Muslims and whether those feelings would affect her ability to fairly and impartially decide this case)<br>**51** (juror did not answer)<br>**53** (juror did not answer)<br>**54** (juror did not answer)<br>**61** (instruct that 9/11 is factually distinct from this case and inquire about ability to aside feelings about that event and decide case fairly and impartially)<br>**76** (inquire as to what juror meant by her answer)<br>**78(b)** (inquire whether this answer was a mistake and whether juror can follow instructions re: evaluating law enforcement testimony) |
| 285 | No follow-up questions |
| 289 | Move to strike for compromised anonymity: juror lists his wife's name in question 3 |
| 290 | **H3/H7** (inquire about nature of health problems) |

| 293 | **H3** (inquire about nature of vision problem)<br>**21** (juror did not answer entire question)<br>**76/89** (instruct re: presumption of innocence and burden of proof and inquire as to whether juror can follow law) |
|-----|---|
| 294 | **81(b)** (instruct re: presumption of innocence and burden of proof and inquire about ability to set aside personal feelings and follow the law)<br>**89(a)/89(b)** (instruct that arrest and indictment are not evidence of guilt and inquire about ability to set aside personal feelings and follow the law) |
| 295 | **49** (inquire about nature of ex-husband's conviction and views she formed about the criminal justice system related to that conviction) |

Respectfully Submitted,

LORETTA E. LYNCH
United States Attorney

By: _____

Marshall L. Miller
Jason A. Jones
Berit W. Berger
Zainab Ahmad
Assistant U.S. Attorneys
(718) 254-6421/7553/6134/6522

cc:  Defense Counsel (via ECF and email)