July 23, 2010

Mr. Marshall Miller
United States Attorneys Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Russell DeFreitas, et al. (07-CR-543)

Dear Mr. Miller:

As requested, please find below a chart setting forth all of the exhibits offered in trial.

**DEFENDANT ABDUL KADIR EXHIBIT LIST**

| Exhibit | Exhibit # | Offered | Admitted |
|---|---|---|---|
| Photograph of Kadir's wife and son | H | x | x |
| Video of mosque exterior; marked V-1 | J | x | x |
| Photograph of toy assault rifle | L | x | x |
| Photograph of investigator Hinkson, with toy handgun in box | O | x | x |
| Photograph of investigator Hinkson, holding toy assault rifle | Q | x | x |
| Computer printout map of Guyana | Y | x | x |
| Stipulation re: Khomeini commemoration | Z | x | x |

Regards,

Toni Messina, Esq.
Kafahni Nkruma, Esq.
Counsel for Abdul Kadir

Courtesy copies:

Judge Dora Irizarry (by ECF)
Defense Counsel for Russell Defreitas (by ECF and e-mail)