UNITED STATES DISTRICT COURT                    Revised 7/25/10
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

      - against -                    Cr. No. 07-543 (DLI)

RUSSELL DEFREITAS,
      also known as "Mohammed," and
ABDUL KADIR,

            Defendants.

- - - - - - - - - - - - - - - - - -X

## EXHIBIT LIST

**(1) Government Exhibits**

| NUMBER | EXHIBIT |
|--------|---------|
| 1 | Headshot - Russell Defreitas |
| 2 | Headshot - Abdul Kadir |
| 3 | Headshot - Abdel Nur |
| 4 | Headshot - Donald Nero |
| 5 | Headshot - Talib Bilal Rutherford |
| 6 | Headshot - Kareem Ibrahim |
| 7 | Headshot - Adnan Shukrijumah |
| 8 | Headshot - Abu Bakr |
| 16 | Location Photograph - JAM |
| 17 | Location Photograph - JAM |
| 20A | Map – JFK Airport – Fuel System |
| 20B | Map – JFK Airport – Satellite Fuel Farm |
| 20C | Map – JFK Airport – Bulk Fuel Farm |
| 21 | Map - JFK Airport - Fuel Lines |

| 22 | Map – JFK Airport – Roads and Buildings |
|---|---|
| 23 | Map – JFK Airport – Operational Plan |
| 50 | Disc – Reconnaissance Videos of JFK |
| 51 | Video Still – Airplanes |
| 52 | Video Still – Hangars |
| 53 | Video Still – Fuel Tanks |
| 54 | Video Still – Fuel Tanks |
| 55 | Video Still – Fuel Tanks |
| 56 | Video Still – Fuel Tanks |
| 57 | Video Still – Fuel Tanks |
| 58 | Video Still – Fuel Tanks |
| 59 | Video Still – Fuel Tanks |
| 60 | Video Still – Runway |
| 61 | Video Still |
| 62 | FBI Surveillance Video 1/3/07 (IB10) |
| 63 | FBI Surveillance Video 1/4/07 (IB11) |
| 70 | Google Earth Image – JFK Airport |
| 71 | Google Earth Image – JFK Airport Control Tower |
| 80 | Trinidad Surveillance Photograph of Defreitas, Nur and Ibrahim |
| 81 | Trinidad Surveillance Photograph of Defreitas and Nur |
| 82 | Trinidad Surveillance Photograph of Nur |
| 83 | Trinidad Surveillance Photograph of Defreitas, Nur and Ibrahim |
| 85 | S. Francis Cooperation Agreement |
| 86 | D. Nero Cooperation Agreement |
| 100 | Travel Records (RD)(5/13/05) |
| 101 | Travel Records (RD)(2/23/06) |
| 102 | Travel Records (RD)(8/17/06) |

| 103 | Travel Records (RD)(1/1/07) |
|---|---|
| 104 | Travel Records (RD)(1/13/07) |
| 105 | Travel Records (RD)(2/28/07) |
| 106 | Travel Records (RD)(5/10/07) |
| 107 | Travel Records (RD)(5/26/07) |
| 108 | Travel Records (SF)(9/20/06) |
| 109 | Travel Records (SF)(10/28/06) |
| 110 | Travel Records (SF)(1/13/07) |
| 111 | Travel Records (SF)(2/28/07) |
| 112 | Travel Records (SF)(5/10/07) |
| 113 | Travel Records (SF)(5/26/07) |
| 114 | Trinidad and Tobago Immigration Arrival Card for Russell Defreitas |
| 115 | Trinidad and Tobago Immigration Arrival Card for Abdul Kadir |
| 120 | Stipulation |
| 121 | Stipulation |
| 132 | Photo from Kadir Flash Drive |
| 133 | Photo from Kadir Flash Drive |
| 134 | Photo from Kadir Flash Drive |
| 135 | Photo from Kadir Flash Drive |
| 136 | Photo from Kadir Flash Drive |
| 137 | Photo from Kadir Flash Drive |
| 138 | Photo from Kadir Flash Drive |
| 139 | Photo from Kadir Flash Drive |
| 150 | Itinerary with Luggage Sticker |
| 151 | Venezuela Customs Declaration Form |
| 152 | Kadir Guyana Passport A007976 |
| 153 | Passenger Departure Receipt |

| | |
|---|---|
| 154 | Itinerary Receipt |
| 155 | Partial Payment Receipt |
| 156 | Payment in Full Receipt |
| 157 | Boarding Pass |
| 158 | Passenger Departure Receipt |
| 159 | Venezuela Immigration Card |
| 160 | Handwritten Note |
| 161 | 2006 Pocket Planner |
| 162 | Handwritten Note Pad |
| 163 | Handwritten Note |
| 164 | Handwritten Note |
| 165 | Handwritten Note |
| 166 | Mini Koran in Zipper Case |
| 167 | Nine Bills of Iranian Currency |
| 180 | Advice of Rights - Defreitas |
| 181 | Consent Form - Defreitas |
| 185 | Constellation Ticket and Baggage Check Receipt |
| 186 | Primaris Airline Boarding Pass, Travel Tax Receipt and Baggage Claim Receipt |
| 187 | North American Boarding Pass |
| 188 | Caribbean Airlines Boarding Pass and Travel Tax Receipt |
| 189 | Liat Receipt and Travel Tax Receipt |
| 190 | Defreitas Passport |
| 191 | Evergreen International Airline Identification Card |
| 192 | Flyers with Business Card and Photo |
| 193 | 2006 Appointment Book |
| 194 | Handwritten Note |
| 195 | Handwritten Note with Ibrahim Information |

| 196 | Handwritten Note with Telephone Number |
|-----|----------------------------------------|
| 197 | Business Card |
| 201 | Consensual Recording (1D 18 S5) 9/10/06 |
| 202 | Consensual Recording (1D 23 S1) 9/17/06 |
| 203 | Consensual Recording (1D 25 S8) 12/04/06 |
| 204 | Consensual Recording (1D 92 S3) 01/02/07 |
| 205 | Consensual Recording (1D 30 S8) 01/03/07 |
| 206 | Consensual Recording (1D 30 S9) 01/03/07 |
| 207 | Consensual Recording (403) 01/03/07 |
| 208 | Consensual Recording (1D 33 S1) 01/04/07 |
| 209 | Consensual Recording (1D 33 S3) 01/04/07 |
| 210 | Consensual Recording (1D 33 S4) 01/04/07 |
| 211 | Consensual Recording (1D 33 S5) 01/04/07 |
| 212 | Consensual Recording (1D ID 34, S3) 01/04/07 |
| 213 | Consensual Recording (1D 46 S1) 01/11/07 |
| 214 | Consensual Recording (1D 59 S2) 03/05/07 |
| 215 | Consensual Recording (1D 60 S2) 03/06/07 |
| 216 | Consensual Recording (1282) 03/07/07 |

| 217 | Consensual Recording (2091) 04/11/07 |
|---|---|
| 218 | Consensual Recording (2134) 04/13/07 |
| 219 | Consensual Recording (1D 71 S11) 04/14/07 |
| 220 | Consensual Recording (2416) 04/27/07 |
| 221 | Consensual Recording (1D 74 S1) 05/02/07 |
| 222 | Consensual Recording (1D 78 S1) 05/07/07 |
| 223 A | Consensual Recording (1D 79 S13) 05/19/07 |
| 224 | Consensual Recording (1D 81 S2) 05/24/07 |
| 225 | Consensual Recording (1D 81 S3) 05/24/07 |
| 226 | Consensual Recording (1D 81 S10) 05/26/07 |
| 227 | Consensual Recording (1D 83 S3) 05/29/07 |
| 229 | Consensual Recording (1D 41 S1) 01/10/07 |
| 230 | Consensual Recording (1D 81 S4) 05/26/07 |
| 270 | Nur Flight Itinerary |
| 280 | Photograph |
| 281 | Photograph |
| 282 | Photograph |
| 283 | Photograph |
| 284 | Photograph |
| 285 | Photograph |

| 286 | Photograph |
|---|---|
| 300 | Laminated Card- Kadir |
| 301 | Khomeini Message - Kadir |
| 302 | Iranian Flags - Kadir |
| 303 | Letter & Reports - Kadir |
| 303 A | Letter & Reports - Kadir |
| 303 B | Letter & Reports - Kadir |
| 303 C | Letter & Reports - Kadir |
| 303 D | Letter & Reports - Kadir |
| 303 E | Letter & Reports - Kadir |
| 303 F | Letter & Reports - Kadir |
| 304 | Message from Deputy Ameer - Kadir |
| 305 | Speech - Kadir |
| 306 | Notes on Trip - Kadir |
| 307 | Development Plan - Kadir |
| 308 | Notes re Ibrahim - Kadir |
| 309 | Martyrdom for Iftar - Kadir |
| 310 | Iranian Revolution Card - Kadir |
| 311 | Seminar Document - Kadir |
| 312 | Seminar Notes - Kadir |
| 313 | Seminar Notes - Kadir |
| 314 | Letter - Kadir |
| 315 | Khomeini Card - Kadir |
| 316 | Khamenei Photo - Kadir |
| 317 | Letter Dated 3/21/86 - Kadir |
| 318 | Letter Dated 6/22/85 - Kadir |
| 319 | Letter Written in Arabic - Kadir |
| 319T | Translation of Exhibit 319 |

| | |
|---|---|
| 320 | Rabbani Envelope - Kadir |
| 321 | Handwritten Document - Kadir |
| 322 | Letter to Ambassador Ghahremani - Kadir |
| 323 | Argentina Letter - Kadir |
| 324 | Newspaper Article - Kadir |
| 325 | Argentina Notes - Kadir |
| 326 | Chants - Kadir |
| 327 | Notes - Kadir |
| 328 | Principles of Islamic Movement - Kadir |
| 329 | Memo to Jihad-e-Sazandegi - Kadir |
| 330 | Manual for the Soldier of Allah - Kadir |
| 332 | Iranian Currency - Kadir |
| 333 | Address Book - Kadir |
| 334 | Letter on "Guyana Islamic Information Centre" letterhead – Kadir |
| 335 | Passport  - Kadir |
| 336 | Passport - Kadir |
| 338 | Letter addressed to Iranian Representative Sayyid Khademi – Kadir |
| 339 | Letter addressed to the Iranian Ambassador – Kadir |
| 341 | Letter to Rabbani – Kadir |
| 342 | Letter to Rabbani – Kadir |
| 343 | Chicken Farm Notes – Kadir |
| 345 | Guyana Islamic Information Centre Document – Kadir |
| 354 A | Kadir Affidavit |
| 355 | Translation Stipulation |
| | |
| | |
| | |

**(2) Defreitas Exhibits**

| | |
|---|---|
| RD-A | Consensual Recording |

**(3) Kadir Exhibits**

| | |
|---|---|
| AK-H | Photograph - Kadir wife and son |
| AK-J | Video of Mosque Exterior |
| AK-L | Photograph - Toy Assault Rifle |
| AK-O | Photograph - Investigator Hinkson with Toy Gun |
| AK-Q | Photograph - Investigator Hinkson with Toy Assault Rifle |
| AK-Y | Map of Guyana |
| AK-Z | Stipulation - Khomeini Commemoration |