Law Office Of

# Kafahni Nkrumah, L.L.P.

116 West 111th Street

Telephone: (717) 971-8771         New York, New York 10026         Fax: (347) 271-3610

November 11, 2010

BY HAND AND E-MAIL

Officer Frank M. Marcigliano, Jr.
United States Probation Department
Eastern District of New York
75 Clinton Street
Brooklyn, NY 11201

Re:    United States v. Abdul Kadir, 07 CR 543/DLI

Dear Officer Marcigliano:

After reviewing the presentence report (PSR) with Mr. Abdul Kadir, I make the following objections, corrections or comments on his behalf:

A.    Offense Conduct

1.    On page five (¶ 7) the PSR should be amended to reflect that Mr. Abdul Kadir was charged in Count Six of the indictment, but was acquitted by the Jury.

2.    On page six (¶ 12) should be amended to reflect that there is no testimony nor evidence to indicate that Mr. Abdul Kadir sought out the support of know terrorist organizations nor is there any testimony or evidence that Mr. Abdul Kadir counseled his co-defendants to seek out the support of such organizations.

3.    On page thirteen (footnote 3) should be omitted after the first sentence. Mr. Kadir never admitted to providing reports to the Iranian Government during his tenure as Mayor of Linden or during his time as a member of the Guyanese Parliament. The reports that Mr. Kadir admitted to providing to Iranian officials occurred in the early 1980's, years before his public service. (Trial Transcripts, pg. 4407-4413)

b) Mr. Kadir never admitted to receiving funds from Iran. (Trial Transcript, pg. 4540, line 8-24)

1

4.      On page fourteen (¶ 28) should be amended to reflect that there was not any evidence presented during the trial that supports the proposition that Mr. Abdul Kadir invited Mr. Francis and Mr. Defreitas to Guyana to bring the Goggle Earth images or further discuss the logistics of the plot.

5.      On page nineteen (¶¶ 47 – 49) Mr. Kadir objects to the imposition of a two-level enhancement for Obstruction of Justice pursuant to USSG § 3C1.1.

In United States v. Cunavelis, 969 F.2d 1419, 1423 (2nd Cir. 1992) the Second Circuit, while instructing sentencing courts on the standard to be applied when determining when to apply the USSG § 3C1.1 enhancement in cases where the factual predicate for the obstruction enhancement was the defendant's testimony. The Court in Cunavelis also held that the more rigorous standard in evaluatin a defendant's testimony for sentencing purposes, it follows that the court may not automatically impose an upward adjustment for obstruction of justice whenever a defendant's testimony has been rejected by judge or jury. See also United States v. Pardon, 938 F.2d 29, 30 (2nd Cir. 1991); Untied States v. Bonds, 933 F.2d 152, 155 (2nd Cir. 1991).

The Second Circuit in United States v. Ruggiero, 100 F.3d 284, 294 (2nd Cir. 1996) in summarizing United States v. Onumonu, 999 F.2d 43, 45 (2nd Cir. 1993) and Cunavelis held that a district court may make findings as to relevant conduct by a preponderance of the evidence yet properly refuse to find that the defendant, in testifying to the contrary, had committed perjury if the government's proof did not sufficiently exceed the preponderance threshold.

Mr. Kadir states that he did falsely testify and did not testify with his intent being to obstruct justice. This recommendation should be denied.

B.      Sentence Recommendation

Mr. Kadir objects to the U.S. Probation Department recommendation that a sentence of 480 months of custody. Mr. Kadir believes that a sentence significantly lower than that recommended by the Probation Department would be sufficient for the purposes outlined in 18 USCA 3553.

**C.**      <u>Conclusion</u>

Mr. Abdul Kadir respectfully request that the PSR be corrected and expanded as indicated above.

Respectfully Submitted,

_//s// Kafahni Nkrumah_____ ,

KAFAHNI NKRUMAH, Esq.

TONI MESSINA, Esq.

Counsel for Abdul Kadir

cc:      U. S. District Judge Dora L. Irizarry (by hand)

A. U. S. A. Marshall Miller (via e-mail)

A. U. S. A. Jason Jones (via e-mail)

A. U. S. A. Zainab Ahmad (via e-mail)

3