## COURT EXHIBIT LIST

USA        v.    Ibrahim          Date: 5/25/11 - 5/26/11

Docket No. __07__    CR: 543 (DLI)    Deputy: Christy Carosella

| Court Exhibit # | Description |
|---|---|
| 1 | Jury Instructions (4 copies → jury) |
| 2 | Verdict Sheet (filed separately) |
| 3 | Govt letter/exhibits admitted |
| 4 | Jury note |
| 5 | Jury note |
| 6 | Jury note |
| 7 | Jury Note |
| 8 | transcript Francis direct testimony re govt exhibits 425-426 (w/ agreed redactions) |
| 9 | Jury Note |
| 10 | Testimony in response to jury note |
| 11 | Verdict Note |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

5/26/11

Page _____ of _____