UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

     - against -                                Cr. No. 07-543 (DLI)

KAREEM IBRAHIM,

           Defendant.

- - - - - - - - - - - - - - - - - -X

COURT'S
EXHIBIT NO. 3
IDENTIFICATION/EVIDENCE
DKT.# 07 CR 543
DATE: 5 25 11

### ADMITTED EXHIBIT LIST

**GOVERNMENT EXHIBITS**

| NUMBER | EXHIBIT |
|--------|---------|
| 1 | Headshot - Russell Defreitas |
| 2 | Headshot - Abdul Kadir |
| 3 | Headshot - Abdel Nur |
| 4 | Headshot - Donald Nero |
| 5 | Headshot - Talib Bilal Rutherford |
| 6 | Headshot - Kareem Ibrahim |
| 7 | Headshot - Adnan Shukrijumah |
| 8 | Headshot - Abu Bakr |
| 9 | Headshot - Michael Salim Smith |
| 16 | Location Photograph - Jamaat Al Muslimeen |
| 17 | Location Photograph - Jamaat Al Muslimeen |
| 20A | Map – JFK Airport - Fuel System |
| 20B | Map – JFK Airport – Satellite Fuel Farm |
| 20C | Map – JFK Airport - Bulk Fuel Farm |
| 22 | Map - JFK Airport - Roads and Buildings |

| 23 | Map - JFK Airport - Operational Plan |
|---|---|
| 30 | Map - Caribbean |
| 50 | Disc - Reconnaissance Videos of JFK |
| 51 | Video Still - Airplanes |
| 52 | Video Still - Hangars |
| 53 | Video Still - Fuel Tanks |
| 54 | Video Still - Fuel Tanks |
| 55 | Video Still - Fuel Tanks |
| 56 | Video Still - Fuel Tanks |
| 57 | Video Still - Fuel Tanks |
| 58 | Video Still - Fuel Tanks |
| 59 | Video Still - Fuel Tanks |
| 60 | Video Still - Runway |
| 61 | Video Still |
| 62 | FBI Surveillance Video (1/3/07) |
| 63 | FBI Surveillance Video (1/4/07) |
| 70 | Google Earth Image - JFK Airport |
| 71 | Google Earth Image - JFK Airport Control Tower |
| 80 | Trinidad Surveillance Photograph of Defreitas, Nur and Ibrahim |
| 81 | Trinidad Surveillance Photograph of Defreitas and Nur |
| 82 | Trinidad Surveillance Photograph of Nur |
| 83 | Trinidad Surveillance Photograph of Defreitas, Nur and Ibrahim |
| 85 | Francis Cooperation Agreement |
| 101 | Travel Record - Defreitas (2/23/06) |
| 102 | Travel Record - Defreitas (8/17/06) |
| 103 | Travel Record - Defreitas (1/1/07) |

| 104 | Travel Record - Defreitas (1/13/07) |
| --- | --- |
| 105 | Travel Record - Defreitas (2/28/07) |
| 106 | Travel Record - Defreitas (5/10/07) |
| 107 | Travel Record - Defreitas (5/26/07) |
| 108 | Travel Record - Francis (9/20/06) |
| 109 | Travel Record - Francis (10/28/06) |
| 110 | Travel Record - Francis (1/13/07) |
| 111 | Travel Record - Francis (2/28/07) |
| 112 | Travel Record - Francis (5/10/07) |
| 113 | Travel Record - Francis (5/26/07) |
| 114 | Trinidad and Tobago Immigration Arrival Card - Defreitas (5/20/07) |
| 115 | Trinidad and Tobago Immigration Arrival Card - Kadir (5/31/07) |
| 116 | Trinidad and Tobago Passenger Report - Nur (5/20/07) |
| 122 | Stipulation - Travel & Kadir Arrest Evidence |
| 123 | Stipulation - Travel |
| 132 | Photo from Kadir Flash Drive |
| 150 | Itinerary |
| 151 | Venezuela Customs Declaration Form |
| 152 | Guyana Passport - Kadir |
| 153 | Boarding Pass & Receipt |
| 154 | Itinerary Receipt |
| 155 | Partial Payment Receipt |
| 156 | Payment in Full Receipt |
| 157 | Boarding Pass |
| 158 | Passenger Departure Receipt |

| 159 | Venezuela Immigration Card |
| 160 | Handwritten Note |
| 161 | Pocket Planner - Kadir |
| 162 | Handwritten Note Pad |
| 163 | Handwritten Note |
| 164 | Handwritten Note |
| 165 | Handwritten Note |
| 167 | Nine Bills of Iranian Currency |
| 168 | Cellink Plus SIM Card Holder |
| 169 | Cellink Plus Cell Phone Minutes Card |
| 185 | Passenger Ticket and Baggage Check |
| 186 | Boarding Pass, Travel Tax Receipt and Baggage Claim Receipt |
| 187 | North American Airlines Boarding Pass |
| 188 | Caribbean Airlines Boarding Pass and Travel Tax Receipt |
| 189 | Liat Boarding Pass and Travel Tax Receipt |
| 190 | U.S. Passport - Defreitas |
| 191 | Evergreen International Airlines Identification Card |
| 192 | Flyer |
| 193 | Appointment Book - Defreitas |
| 194 | Handwritten Note - Ibrahim Address |
| 195 | Handwritten Note - Ibrahim Information |
| 196 | Handwritten Note - Telephone Number |
| 197 | Business Card |
| 260 | Muslim Marriage Certificate |
| 270 | Flight Itinerary - Nur |
| 271 | Guyana Identification Card - Nur |

| | |
|---|---|
| 280 | Photograph |
| 281 | Photograph |
| 282 | Photograph |
| 283 | Photograph |
| 284 | Photograph |
| 285 | Photograph |
| 286 | Photograph |
| 301 | Khomeini Message - Kadir |
| 303 | Letter & Reports - Kadir |
| 303 A | Letter & Reports - Kadir |
| 303 B | Letter & Reports - Kadir |
| 303 C | Letter & Reports - Kadir |
| 303 D | Letter & Reports - Kadir |
| 303 E | Letter & Reports - Kadir |
| 303 F | Letter & Reports - Kadir |
| 307 | Development Plan - Kadir |
| 308 | Notes re Ibrahim - Kadir |
| 310 | Card with Fist and Flags - Kadir |
| 311 | Seminar Document - Kadir |
| 312 | Seminar Notes - Kadir |
| 313 | Seminar Notes - Kadir |
| 319 | Letter Written in Foreign Language - Kadir |
| 319T | Translation of Exhibit 319 |
| 320 | Rabbani Envelope - Kadir |
| 321 | Handwritten Document - Kadir |
| 322 | Letter to Iranian Ambassador - Kadir |
| 323 | Argentina Letter - Kadir |
| 324 | Newspaper Article - Kadir |

| | |
|---|---|
| 325 | Argentina Notes - Kadir |
| 332 | Iranian Currency - Kadir |
| 333 | Address Book - Kadir |
| 335 | Guyana Passport - Kadir |
| 336 | Guyana Passport - Kadir |
| 338 | Letter to Iranian Representative – Kadir |
| 339 | Letter to Iranian Ambassador – Kadir |
| 341 | Letter to Rabbani – Kadir |
| 342 | Letter to Rabbani – Kadir |
| 355 | Stipulation – Translation |
| 357 | Al Zahra Fund |
| 359 | Resolutions One-Day Seminar |
| 360A | Ibrahim Affidavit to Court in Trinidad |
| 401 | Consensual Recording (1D 18 S5) 9/10/06 |
| 402 | Consensual Recording (1D 23 S1) 9/17/06 |
| 404 | Consensual Recording (1D 92 S3) 01/02/07 |
| 405 | Consensual Recording (1D 30 S8) 01/03/07 |
| 406 | Consensual Recording (1D 30 S9) 01/03/07 |
| 407 | Consensual Recording (403) 01/03/07 |
| 408 | Consensual Recording (1D 33 S1) 01/04/07 |
| 410 | Consensual Recording (1D 33 S4) 01/04/07 |
| 411 | Consensual Recording (1D 33 S5) 01/04/07 |

| | |
|---|---|
| 413 | Consensual Recording (1D 46 S1) 01/11/07 |
| 414 | Consensual Recording (1D 59 S2) 03/05/07 |
| 415 | Consensual Recording (1D 60 S2) 03/06/07 |
| 416 | Consensual Recording (1282) 03/07/07 |
| 417 | Consensual Recording (2091) 04/11/07 |
| 418 | Consensual Recording (2134) 04/13/07 |
| 419 | Consensual Recording (1D 71 S11) 04/14/07 |
| 421 | Consensual Recording (1D 74 S1) 05/02/07 |
| 422 | Consensual Recording (1D 78 S1) 05/07/07 |
| 423A | Consensual Recording (1D 79 S13) 05/19/07 |
| 424 | Consensual Recording (1D 81 S2) 05/24/07 |
| 425 | Consensual Recording (1D 81 S3) 05/24/07 |
| 426 | Consensual Recording (1D 81 S10) 05/26/07 |
| 427 | Consensual Recording (1D 83 S3) 05/29/07 |
| 428 | Consensual Recording (2565) 05/30/07 |
| 429 | Consensual Recording (1D 87 S22) 06/01/07 |
| 430 | Consensual Recording (1D 87 S23) 06/01/07 |

**DEFENSE EXHIBITS**

| F | Photograph – Ibrahim Residence (Exterior) |
|-----|-------------------------------------------|
| G-A | Photograph – Ibrahim Residence (Exterior) |
| G-B | Photograph – Ibrahim Residence (Exterior) |
| H | Photograph – Ibrahim Residence (Interior) |
| I | Photograph – Ibrahim Residence (Interior) |