UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                                    :
                                                             :
         -against-                                           :
                                                             :          **VERDICT SHEET**
                                                             :          07-CR-543 (DLI)(SMG)
KAREEM IBRAHIM,                                              :
also known as "Amir Kareem"                                  :
and "Winston Kingston,"                                      :          **Page 1 of 2**
                                                             :
                                                             :
         Defendant.                                          :
-------------------------------------------------------------x

**DORA L. IRIZARRY, United States District Judge:**


## COUNT # 1 (Conspiracy to Attack Public Transportation System)

With respect to Count One, what is your verdict as to **KAREEM IBRAHIM?**

                Not Guilty _____          Guilty ___✓___


## COUNT # 2 (Conspiracy to Destroy a Building or Other Real Property by Fire or Explosive)

With respect to Count Two, what is your verdict as to **KAREEM IBRAHIM?**

                Not Guilty _____          Guilty ___✓___


## COUNT # 3 (Conspiracy to Attack Aircraft and Aircraft Materials)

With respect to Count Three, what is your verdict as to **KAREEM IBRAHIM?**

                Not Guilty _____          Guilty ___✓___

VERDICT SHEET – <u>U.S. v. IBRAHIM</u>, 07-CR-543
Page 2 of 2

**COUNT # 4 (Conspiracy to Destroy or Damage International Airport Facilities)**

With respect to Count Four, what is your verdict as to **KAREEM IBRAHIM**?

Not Guilty _____        Guilty __✓__


**COUNT # 5 (Conspiracy to Attack Mass Transportation Facility)**

With respect to Count Five, what is your verdict as to **KAREEM IBRAHIM**?

Not Guilty _____        Guilty __✓__


Dated:      Brooklyn, New York
            _05-26-_____, 2011


_____#1_____
**Foreperson (Indicate Jury Seat # ONLY!)**

2